**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1941**

JESUS VASQUEZ, JR.; PENNEY LEIGH VASQUEZ,

      Debtors - Appellants,

      v.

WILMINGTON SAVINGS FUND SOCIETY, FSB, as Trustee of Stanwich Mortgage Trust F,

      Creditor - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Dever III, District Judge. (7:20-cv-00062-D)

Submitted: April 27, 2021                   Decided: April 30, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard P. Cook, RICHARD P. COOK, PLLC, Wilmington, North Carolina, for Appellants. Philip T. Evans, HOLLAND & KNIGHT LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesus Vasquez, Jr., and Penney Leigh Vasquez appeal the district court's order affirming the bankruptcy court's order granting Wilmington Savings Fund Society, FSB's motion to dismiss the adversary proceeding filed by the Vasquezes in their Chapter 7 bankruptcy proceeding. We have reviewed the record included on appeal and find no error below. Accordingly, we affirm for the reasons stated by the district court. *Vasquez v. Wilmington Savings Fund Soc'y, FSB*, No. 7:20-cv-00062-D (E.D.N.C. Aug. 27, 2020); *see Dewsnup v. Timm*, 502 U.S. 410 (1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*